IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK, et al. | : | CIVIL ACTION |
| v. | : | |
| GLEN MILLS SCHOOLS, et al. | : | NO. 19-1541 |

## SECOND SCHEDULING ORDER

AND NOW, this 19th day of November 2020, after a telephone conference with counsel, it is hereby ORDERED that:

(1) The First Scheduling Order dated January 8, 2020 (Doc. # 66) is VACATED.

(2) All fact discovery related to class certification and the merits shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by November 30, 2021.

(3) Parties shall serve, on or before January 30, 2022, reports of expert witnesses with respect to issues on which they have the burden of proof.

(4) Parties shall serve, on or before February 28, 2022, any responsive reports of expert witnesses.

(5) Any motion for class certification, together with accompanying brief, shall be filed and served on or before April 1, 2022.

(6) Any responsive brief to the motions for class certification shall be filed and served on or before April 30, 2022.

(7) Any reply brief shall be filed and served on or before May 15, 2022.

(8) No brief filed in support of or in opposition to any motion shall exceed 30 pages in length without prior leave of Court.

(9) Every factual assertion set forth in any brief shall be supported by a citation to the record where that fact may be found.

BY THE COURT:

/s/ Harvey Bartle III
_____
                      J.