```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DERRICK, et al. | : | CIVIL ACTION |
| v. | : | |
| GLEN MILLS SCHOOLS, et al. | : | NO. 19-1541 |

## ORDER

AND NOW, this 15th day of December, 2020, it is hereby ORDERED that the motion of plaintiffs to compel discovery responses from defendant Robert Taylor is GRANTED.  Said responses shall be served on or before December 24, 2020.

BY THE COURT:

/s/ Harvey Bartle III
                                                       J.