## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK, by and with his parent and next friend TINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLEN MILLS SCHOOLS, et al., <br><br> Defendants. | Case No. 2:19-cv-01541-HB |

### JOINT MOTION OF PLAINTIFFS AND DEFENDANT CHESTER COUNTY INTERMEDIATE UNIT TO VOLUNTARILY DISMISS CLAIMS AND CROSSCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41 (A)(2)

Plaintiffs hereby move to voluntarily dismiss their claims against Defendant Chester County Intermediate Unit ("CCIU") and Defendant CCIU seeks to voluntarily dismiss its crossclaim against Defendant Glen Mills Schools. In support of this motion, Plaintiffs and CCIU incorporate the accompanying memorandum of law.

Dated: January 25, 2023

Respectfully submitted,

*/s/ Maura McInerney*
Maura McInerney
Kristina A. Moon
Margaret M. Wakelin
EDUCATION LAW CENTER
1800 JFK Blvd., Suite 1900A
Philadelphia, PA 19103
(215) 238-6970

Marsha Levick
Katherine E. Burdick
Nadia Mozaffar
Malik Pickett
JUVENILE LAW CENTER
1800 JFK Blvd., Suite 1900B
Philadelphia, PA 19103

(215) 625-0551

Fred T. Magaziner
Michael H. McGinley
Clare Putnam Pozos
Caroline Power
Roger A. Dixon
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000

*Attorneys for Plaintiffs*


*/s/ Andrew E. Faust*
Andrew E. Faust – PA 47367
Jason D. Fortenberry – PA 311397
SWEET STEVENS KATZ & WILLIAMS LLP
331 East Butler Avenue, POB 5069
New Britain, Pennsylvania  18901
(215) 345-9111

*Attorneys for Defendant/Cross Claimant*
*Chester County Intermediate Unit*