```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK, et al.                   :      CIVIL ACTION
                                  :
    v.                            :
                                  :
GLEN MILLS SCHOOLS, et al.        :      NO. 19-1541
```

## ORDER

AND NOW, this 13th day of February, 2023, it is hereby ORDERED that the Joint Motion of Plaintiffs and Defendant Chester County Intermediate Unit to Voluntarily Dismiss Claims and Crossclaims Pursuant to Federal Rule of Civil Procedure Rule 41 (A)(2) (Doc. #148) is DENIED as moot as these parties have now filed an Amended Joint Motion of Plaintiffs and Defendant Chester County Intermediate Unit to Voluntarily Dismiss Claims and Crossclaims Pursuant to Federal Rule of Civil Procedure Rule 41 (A)(2).

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                                        J.