IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GLEN MILLS SCHOOLS, et al. | : | NO. 19-1541 |

ORDER

AND NOW, this 17th day of February, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Amended Joint Motion of the named plaintiffs Derrick through and with his mother Tina, Walter through and with his mother Janeva, and Thomas through and with his mother Michele and the defendant Chester County Intermediate Unit to Voluntarily Dismiss Claims and Crossclaims (Doc. #149) is GRANTED; and

(2) all claims of the named plaintiffs against the defendant Chester County Intermediate Unit and the crossclaim of defendant Chester County Intermediate Unit against defendant Glen Mills Schools are DISMISSED with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

BY THE COURT:

/s/  Harvey Bartle III
                                           J.