```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DERRICK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GLEN MILLS SCHOOLS, et al. | : | NO. 19-1541 |

## ORDER

AND NOW, this 5th day of September 2023, it is hereby ORDERED that the motion of plaintiffs to preclude the expert testimony and expert reporting of defendant Robert Taylor's expert (Doc. #183) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.