```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DERRICK, et al.                   :        CIVIL ACTION
                                  :
         v.                       :
                                  :
GLEN MILLS SCHOOLS, et al.        :        NO. 19-1541
```

ORDER

AND NOW, this 13th day of May, 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Motion of Plaintiffs for Class Certification and Appointment of Class Representatives and Class Counsel (Docs. #188, #190) is DENIED; and

(2) Defendant Theodore Dallas, the former Secretary of the Pennsylvania Department of Human Services in his individual capacity, is dismissed from this action.

BY THE COURT:

/s/ Harvey Bartle III
                                                       J.