IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK, et al., | ) |
|       Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: 2:19-CV-01541-HB |
| GLEN MILLS SCHOOLS, et al., | ) |
|       Defendants. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO LOCAL RULE 41.1(B)**

Pursuant to Local Rule 41.1(b), Plaintiffs and Defendants the Pennsylvania Department of Education, Khalid N. Mumin, Ed. D., Secretary of the Pennsylvania Department of Education in his official capacity, Theodore Dallas, Teresa Miller, and Cathy Utz (together, the Commonwealth Defendants) hereby stipulate that:

1) Plaintiffs' claims against the Commonwealth Defendants are dismissed with prejudice; and

2) All parties shall bear their own costs.

Dated:   7/26/24

By: *[signature: Kris Moon]*

Maura McInerney
Kristina A. Moon
Margaret M. Wakelin
EDUCATION LAW CENTER
1800 JFK Blvd., Suite 1900A
Philadelphia, PA 19103
(215) 238-6970

Marsha L. Levick
Katherine E. Burdick
Malik Pickett
Courtney M. Alexander
JUVENILE LAW CENTER

By:  /s/ Henry E. Hockeimer, Jr.

Henry E. Hockeimer, Jr.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel.: 215.665.8500
Fax: 215.864.8999

*Attorneys for the Commonwealth Defendants*

1800 JFK Blvd., Suite 1900B
Philadelphia, PA 19103
(215) 625-0551


Fred T. Magaziner
Michael H. McGinley
Caroline Power
Roger A. Dixon
Rachel Rosenberg
Christopher J. Merken
DECHERT LLP
2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

*Attorneys for Plaintiffs*