**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DERRICK, et al.,

      Plaintiffs,

v.

GLEN MILLS SCHOOLS, et al.,

      Defendants.

Case No. 2:19-cv-01541-HB

## <u>ORDER</u>

Pursuant to Local Rule 41.1(b), it is hereby ORDERED that Plaintiffs' claims against Defendants the Pennsylvania Department of Education, Khalid N. Mumin, Secretary of the Pennsylvania Department of Education in his official capacity, Theodore Dallas, Teresa Miller and Cathy Utz (together, the Commonwealth Defendants) are dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: _____ July 30 , 2024

/s/ Harvey Bartle III
_____
Honorable Harvey Bartle III