```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK, et al.                  :        CIVIL ACTION
                                 :
         v.                      :
                                 :
GLEN MILLS SCHOOLS, et al.       :        NO. 19-1541
```

ORDER

AND NOW, this 30th day of July, 2024, it is hereby ORDERED that the Clerk is directed to dismiss this action as to Defendant Pedro A. Rivera, who was sued only in his official capacity as the Secretary of the Pennsylvania Department of Education.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                 J.