```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK, et al.              :        CIVIL ACTION
                             :
      v.                     :
                             :
GLEN MILLS SCHOOLS, et al.   :        NO. 19-1541
```

ORDER

AND NOW, this 12th day of February, 2025, it having been reported to the Court that the issues between the plaintiffs and defendants have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs.

                              BY THE COURT:


                              /s/   Harvey Bartle III
                                                    J.